# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5170**             **September Term, 2025**

**1:25-cv-00520-APM**

**Filed On:** January 9, 2026

United States of America, ex rel. Michael A. Bruzzone,

 and

Michael A. Bruzzone,

        Appellant

    v.

United States Attorney for the District of Columbia,

        Appellee

**BEFORE:**     Walker, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing and the supplement thereto, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                BY:     /s/
                        Daniel J. Reidy
                        Deputy Clerk